**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| MAST INDUSTRIES, INC.<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 04-00274 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elisa S. Solomon hereby enters her appearance as lead attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to her attention.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
Justin R. Miller
Attorney-in-Charge

/s/ Elisa S. Solomon
Elisa S. Solomon
Trial Attorney
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-0583

*Attorneys for Defendant*

Dated: May 25, 2022