**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HONORABLE TIMOTHY C. STANCEU, JUDGE

MAST INDUSTRIES, INC.

              Plaintiff,

   v.

              Court No. 04-00274

UNITED STATES,

              Defendant.

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree:

1.     The protests were filed and the action commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2.     The imported merchandise identified on the entries set forth on attached Schedule A consists of ladies' knitted tops of over 90 percent cotton and less than 10 percent spandex with a built-in shelf bra and ladies' knitted tops of man-made fibers with a built-in shelf bra.

3.     In liquidation, U.S. Customs and Border Protection classified the imported merchandise identified on Schedule A either as:

    a.    "T-shirts, singlets, tank tops and similar garments, knitted or crocheted: Of cotton" under subheading 6109.10.00 of the Harmonized Tariff Schedule of the United States ("HTSUS") at 17 or 17.4 percent *ad valorem*, depending on the year of entry; or

1

Mast Industries, Inc. v. United States, Court No. 04-00274

          b.  "Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar

             articles, knitted or crocheted: Of cotton: Other," under HTSUS

             subheading 6110.20.20 at 17.3 percent *ad valorem*; or

          c.  "Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar

             articles, knitted or crocheted: Of man-made fibers: Other," under

             HTSUS subheading 6110.30.30 at 32.4 percent *ad valorem*.

4.     The stipulable imported merchandise identified in Schedule A is

       classifiable as:

          a.  "Other garments, knitted or crocheted: Of cotton" under HTSUS

             subheading 6114.20.00 at 10.9 percent *ad valorem*; or

          b.  "Other garments, knitted or crocheted: Of man-made fibers: Tops"

             under HTSUS subheading 6114.30.10 at 28.4 or 28.6 percent *ad*

             *valorem*, depending on the year of entry.

5.     The imported merchandise identified on Schedule A is stipulable in

       accordance with this agreement.

6.     Any refunds payable by reason of this judgment are to be paid with

       interest provided by law.

7.     All other claims and non-stipulable entries are abandoned.

8.     Each party will bear its own costs and attorney's fees.

2

Mast Industries, Inc. v. United States, Court No. 04-00274

By: _Robert F. Seely_

Robert F. Seely
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000

*Attorneys for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

_R_  6/28/2022

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_6/28/2022_

ELISA S. SOLOMON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-0583

*Attorneys for Defendant*

**IT IS HEREBY ORDERED** that this Action is decided and the final judgment is to be
entered by the Clerk of this Court, and that the appropriate Customs officials shall
reliquidate the entries and make refund in accordance with the stipulation of the parties
set forth above.

Date: _____        _____
                                      Timothy C. Stanceu, Judge

Mast Industries, Inc. v. United States, Court No. 04-00274

## SCHEDULE A TO STIPULATED JUDGMENT CIT No. 04-00274

**Port:** Chicago, IL (3901)

**Summons Filed:** 07/06/2004

***NOTE:*** Entries that are asterisked (*) are abandoned and not subject to stipulation of judgment.

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---|---|---|---|---|---|
| 3901-02-101848 | 004-8635939-1* | | | | |
| 3901-02-101848 | 004-8635951-6* | | | | |
| 3901-02-101848 | 004-8643924-3* | | | | |
| 3901-02-101848 | 004-8643929-2* | | | | |
| 3901-02-101848 | 004-8656471-9* | | | | |
| 3901-02-101848 | 004-8656475-0* | | | | |
| 3901-02-102058 | 004-8656484-2* | | | | |
| 3901-03-100995 | 004-8827580-1* | | | | |
| 3901-03-100995 | 004-8827591-8* | | | | |
| 3901-03-101275 | 004-8875965-5 | 1 | 425239 | GIRLS KNITTED UNDERSHIRT, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-101275 | 004-8875965-5 | 1 | 425239 | LADIES KNITTED UNDERSHIRT, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-101276 | 004-8867537-2 | 1 | CS5213 | LADIES KNIT TANK TOP, 92% POLYESTER, 8% SPANDEX WITH HIDDEN SHELF BRA | 6114.30.10 |
| 3901-03-101277 | 004-8859886-3* | | | | |
| 3901-03-101277 | 004-8861291-2* | | | | |
| 3901-03-101278 | 004-8867710-5* | | | | |
| 3901-03-101279 | 004-8889831-3* | | | | |
| 3901-03-101599 | 004-8902449-7 | 1 | C425202 | GIRLS KNITTED UNDERSHIRT, 95% COTTON, 5% SPANDEX | 6114.20.00 |

Mast Industries, Inc. v. United States, Court No. 04-00274

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---|---|---|---|---|---|
| 3901-03-101599 | 004-8902449-7 | 1 | C425202 | LADIES KNITTED UNDERSHIRT, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-101600 | 004-8897403-1* | | | | |
| 3901-03-101600 | 004-8897461-9* | | | | |
| 3901-03-101622 | 004-8955681-1* | | | | |
| 3901-03-101622 | 004-8955898-1* | | | | |
| 3901-03-101622 | 004-8957878-1* | | | | |
| 3901-03-101629 | 004-8939868-5* | | | | |
| 3901-03-101629 | 004-8939921-2* | | | | |
| 3901-03-101629 | 004-8939933-7* | | | | |
| 3901-03-101629 | 004-8945251-6* | | | | |
| 3901-03-101629 | 004-8945255-7* | | | | |
| 3901-03-101629 | 004-8946882-7* | | | | |
| 3901-03-101629 | 004-8952474-4* | | | | |
| 3901-03-101629 | 004-8952517-0* | | | | |
| 3901-03-101630 | 004-8907948-3* | | | | |
| 3901-03-101630 | 004-8911262-3* | | | | |
| 3901-03-101630 | 004-8911268-0* | | | | |
| 3901-03-101630 | 004-8911279-7* | | | | |
| 3901-03-101630 | 004-8911283-9* | | | | |
| 3901-03-101630 | 004-8911285-4* | | | | |
| 3901-03-101630 | 004-8913510-3* | | | | |
| 3901-03-101631 | 004-8918648-6* | | | | |
| 3901-03-101631 | 004-8919676-6* | | | | |
| 3901-03-101631 | 004-8919707-9* | | | | |
| 3901-03-101631 | 004-8925042-3* | | | | |
| 3901-03-101631 | 004-8925963-0* | | | | |
| 3901-03-101631 | 004-8926095-0* | | | | |
| 3901-03-101631 | 004-8933797-2* | | | | |
| 3901-03-101631 | 004-8933816-0* | | | | |
| 3901-03-101761 | 004-8925925-9* | | | | |
| 3901-03-101762 | 004-8932725-4* | | | | |
| 3901-03-101763 | 004-8957880-7 | 1 | 425335 | GIRLS KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |

5

Mast Industries, Inc. v. United States, Court No. 04-00274

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---|---|---|---|---|---|
| 3901-03-101763 | 004-8957880-7 | 1 | 425335 | LADIES KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102065 | 004-8961907-2* | | | | |
| 3901-03-102065 | 004-8961914-8* | | | | |
| 3901-03-102065 | 004-8961948-6* | | | | |
| 3901-03-102065 | 004-8969445-5* | | | | |
| 3901-03-102065 | 004-8969509-8* | | | | |
| 3901-03-102065 | 004-8970913-9* | | | | |
| 3901-03-102065 | 004-8970925-3* | | | | |
| 3901-03-102065 | 004-8970948-5* | | | | |
| 3901-03-102066 | 004-8977619-5* | | | | |
| 3901-03-102066 | 004-8977624-5* | | | | |
| 3901-03-102066 | 004-8978501-4* | | | | |
| 3901-03-102066 | 004-8978511-3* | | | | |
| 3901-03-102066 | 004-8982449-0* | | | | |
| 3901-03-102066 | 004-8982456-5* | | | | |
| 3901-03-102066 | 004-8982468-0* | | | | |
| 3901-03-102066 | 004-8982476-3* | | | | |
| 3901-03-102066 | 004-8983443-2* | | | | |
| 3901-03-102066 | 004-8983449-9* | | | | |
| 3901-03-102066 | 004-8995182-2* | | | | |
| 3901-03-102067 | 004-8982164-5* | | | | |
| 3901-03-102067 | 004-8989685-2* | | | | |
| 3901-03-102067 | 004-9001090-7* | | | | |
| 3901-03-102067 | 004-9001201-0* | | | | |
| 3901-03-102067 | 004-9001209-3* | | | | |
| 3901-03-102068 | 004-8989691-0 | 1 | 425365 | GIRLS KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102068 | 004-8989691-0 | 1 | 425365 | LADIES KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |

<u>Mast Industries, Inc. v. United States</u>, Court No. 04-00274

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---|---|---|---|---|---|
| 3901-03-102068 | 004-8989697-7 | 1 | 425365 | GIRLS KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102068 | 004-8989697-7 | 1 | 425365 | LADIES KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102068 | 004-8989702-5 | 1 | 425366 | GIRLS KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102068 | 004-8989702-5 | 1 | 425366 | LADIES KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102068 | 004-9001079-0 | 1 | 425365 | GIRLS KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102068 | 004-9001079-0 | 1 | 425365 | LADIES KNITTED UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102069 | 004-8979861-1 | 1 | 157575 | LADIES KNIT PULLOVER, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102070 | 004-8976762-4 | 1 | 157574 | LADIES KNIT PULLOVER, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-03-102070 | 004-8976775-6 | 1 | 157574 | LADIES KNIT PULLOVER, 95% COTTON, 5% SPANDEX | 6114.20.00 |

Mast Industries, Inc. v. United States, Court No. 04-00274

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---------|----------|---------|----------|-------------|------------------------------|
| 3901-03-102071 | 004-8970422-1* | | | | |
| 3901-03-102072 | 004-8971606-8 | 1 | 157541 | LADIES KNIT PULLOVER, 90% POLYESTER, 10% SPANDEX WITH HIDDEN SHELF BRA | 6114.30.10 |
| 3901-03-102073 | 004-8981421-0 | 1 | 157542 | LADIES KNIT PULLOVER, 91% POLYESTER, 9% SPANDEX WITH HIDDEN SHELF BRA | 6114.30.10 |
| 3901-03-102073 | 004-8981421-0 | 2 | 157542 | LADIES KNIT PULLOVER, 91% POLYESTER, 9% SPANDEX WITH HIDDEN SHELF BRA | 6114.30.10 |
| 3901-03-102334 | 004-9006325-2* | | | | |
| 3901-03-102335 | 004-9006305-4 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100004 | 004-9020732-1* | | | | |
| 3901-04-100004 | 004-9020736-2* | | | | |
| 3901-04-100004 | 004-9044749-7* | | | | |
| 3901-04-100004 | 004-9049593-4* | | | | |
| 3901-04-100004 | 004-9049596-7* | | | | |
| 3901-04-100005 | 004-9013255-2 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9013261-0 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9013266-9 | 1 | 240159 | LADIES KNIT UNDERSHIRTS, 95% | 6114.20.00 |

Mast Industries, Inc. v. United States, Court No. 04-00274

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---|---|---|---|---|---|
| | | | | COTTON, 5% SPANDEX | |
| 3901-04-100005 | 004-9013270-1 | 1 | 240159 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9013272-7 | 1 | 240159 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9020696-8 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9020724-8 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9020773-5 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9037062-4 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9049576-9 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100005 | 004-9049583-5 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100177 | 004-9057837-4* | | | | |
| 3901-04-100426 | 004-9075577-4* | | | | |

Mast Industries, Inc. v. United States, Court No. 04-00274

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---------|----------|---------|----------|-------------|------------------------------|
| 3901-04-100426 | 004-9097921-8* | | | | |
| 3901-04-100426 | 004-9097946-5* | | | | |
| 3901-04-100426 | 004-9097952-3* | | | | |
| 3901-04-100426 | 004-9104896-3* | | | | |
| 3901-04-100427 | 004-9074214-5 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100427 | 004-9074217-8 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100427 | 004-9087965-7 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100427 | 004-9108857-1 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |
| 3901-04-100427 | 004-9108876-1 | 1 | 240158 | LADIES KNIT UNDERSHIRTS, 95% COTTON, 5% SPANDEX | 6114.20.00 |

Mast Industries, Inc. v. United States, Court No. 04-00274

## SCHEDULE A TO STIPULATED JUDGMENT CIT No. 04-00274

**Port:**  New York, NY (4701)

**Summons Filed:** 07/06/2004

*NOTE:* Entries that are asterisked (*) are abandoned and not subject to stipulation of judgment.

| Protest | Entry No | Line No | Style No | Description | Agreed Tariff Classification |
|---|---|---|---|---|---|
| 4701-02-101418 | 004-8675225-6* | | | | |
| 4701-03-101442 | 004-8982743-6 | 1 | 157583 | LADIES KNIT PULLOVER, 75% RAYON, 25% NYLON WITH HIDDEN SHELF BRA | 6114.30.10 |
| 4701-03-101530 | 004-9106985-2* | | | | |